IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
99 MAR 23 AM 9:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

ENTERED
MAR 23 1999

| | |
|---|---|
| B. C. MONEY, Sr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CV 99-AR-0030-S |
| ) | |
| RICHARD H. RAMSEY, III, and ) | |
| RICHARD H. RAMSEY, IV, ) | |
| ) | |
| Defendants. ) | |

MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on March 4, 1999, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) because plaintiff's claims are frivolous and because he has failed to state a claim upon which relief can be granted. Plaintiff was advised that he would have fifteen (15) days in which to file objections to the report and recommendation. On March 15, 1999, plaintiff filed a "Motion to Show Cause" (Document #8), which the court will treat as objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is

ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

DATED this 23rd day of March, 1999.

                                                WILLIAM M. ACKER, JR.
                                                UNITED STATES DISTRICT JUDGE